VIVEK JAYARAM (Pro Hac Vice)
PALAK V. PATEL (Pro Hac Vice)
vivek@jayaramlaw.com
liz@jayaramlaw.com
palak@jayaramlaw.com
JAYARAM LAW, INC.
125 S. Clark Street, Suite 1175
Chicago, IL 60603
Telephone: 312.212.8676

Alexander M. Kargher (SBN 259262)
akargher@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: 213.429.6100

Attorneys for Plaintiff
GREETINGS TOUR INC.


SAUL D. BRENNER (SBN 130909)
sbrenner@loeb.com
KYLE R. PETERSEN (SBN 307483)
kpetersen@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
Phone: 310.282.2000

ADAM G. KELLY (Pro Hac Vice)
akelly@loeb.com
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL 60654
Phone: 312.464.3100

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC.;
DRIFTWOOD ACQUISITIONS AND
DEVELOPMENT LP; DRIFTWOOD

STIPULATION OF DISMISSAL RE:
SAN DIEGO MARRIOTT MISSION VALLEY

1  HOSPITALITY MANAGEMENT, LLC;
2  PINECREST HOTEL LLC; CANAL STREET LODGING LLC;
   and SEATTLE UNION STREET
3  ASSOCIATES LLP
4
5  KIMBERLY D. HOWATT (SBN 196921)
   *khowatt@grsm.com*
6  GORDON REES SCULLY MANSUKHANI LLP
   633 West Fifth Street 52nd Floor
7  Los Angeles, CA 90071
   213-576-5000
8  Fax: 213-680-4470
9
10 Attorneys for Defendant
   101 EL PASO STREET, LP
11
12            **UNITED STATES DISTRICT COURT**
13   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
14

| | |
|---|---|
| 15  GREETINGS TOUR INC., a California Corporation, | Case No.: 2:21-cv-09336-FLA-PLA |
| 16 | Assigned to Hon. Fernando L. Aenlle-Rocha |
| 17              Plaintiff, | **STIPULATION OF DISMISSAL OF CLAIMS RELATING TO THE SAN DIEGO MARRIOTT MISSION VALLEY HOTEL, INCLUDING DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, AND DRIFTWOOD ACQUISITIONS AND DEVELOPMENT LP** |
| 18         v. | |
| 19  MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, *et al.* | |
| 20 | |
| 21              Defendants. | |
| 22 | |
| 23 | |
| 24 | |

25
26
27
28

Plaintiff Greetings Tour Inc. ("Plaintiff") and Defendants Marriott International Inc., Driftwood Acquisitions and Development LP, Driftwood Hospitality Management, LLC, Pinecrest Hotel LLC, 101 El Paso Street, LP, Canal Street Lodging LLC, and Seattle Union Street Associates LLP (collectively, "Defendants"), hereby stipulate and agree as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate and agree to the dismissal with prejudice from this action of Defendants Driftwood Hospitality Management, LLC and Driftwood Acquisitions and Development LP ("San Diego Marriott Mission Valley Defendants"), including the immediate dismissal with prejudice of all claims and alleged causes of action that have been brought against each of the San Diego Marriott Mission Valley Defendants. Plaintiff and the San Diego Marriott Mission Valley Defendants shall each bear their own respective attorneys' fees and costs; and

2.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants further stipulate and agree to the immediate dismissal with prejudice of all claims that Plaintiff asserted in its Corrected Second Amended Complaint ("SAC") relating to the hotel property known as the San Diego Marriott Mission Valley hotel, located at 8767 Rio San Diego Dr., San Diego, CA 92108, including all claims, allegations, and parts of alleged causes of action regarding or arising from the social media post bearing the username "sdmarriottmv," which was reproduced in Exhibit A to the SAC, *see* Dkt. No. 107-1 at 10 ("San Diego Marriott Mission Valley Post"). More specifically, Plaintiff and Defendants agree and stipulate to the immediate dismissal with prejudice of all claims and parts of alleged causes of action in the SAC regarding or arising from the San Diego Marriott Mission Valley Post that were asserted against Marriott International, Inc., or any other defendant, including all such claims for direct copyright infringement, contributory copyright infringement, vicarious copyright infringement, and removal of copyright management information

STIPULATION OF DISMISSAL RE:
SAN DIEGO MARRIOTT MISSION VALLEY

in alleged violation of the Digital Millennium Copyright Act (17 U.S.C. § 1202(b)), regarding or arising from the San Diego Marriott Mission Valley Post.

Dated:  March 2, 2023

VIVEK JAYARAM
PALAK V. PATEL
JAYARAM LAW, INC.

ALEXANDER M. KARGHER
SINCLAIR BRAUN LLP

By: _/s/ Vivek Jayaram_____
    Vivek Jayaram
    Attorneys for Plaintiff
    GREETINGS TOUR INC.

Dated:  March 2, 2023

SAUL D. BRENNER
ADAM G. KELLY (*Pro Hac*)
KYLE PETERSEN
LOEB & LOEB LLP

By: _/s/ Kyle Petersen_____
    KYLE PETERSEN
    Attorneys for Defendants
    MARRIOTT INTERNATIONAL, INC.;
    DRIFTWOOD ACQUISITIONS AND
    DEVELOPMENT LP; DRIFTWOOD
    HOSPITALITY MANAGEMENT, LLC;
    PINECREST HOTEL LLC; CANAL
    STREET LODGING LLC; AND
    SEATTLE UNION STREET
    ASSOCIATES LLP

Dated:  March 2, 2023

KIMBERLY D. HOWATT
GORDON REES SCULLY MANSUKHANI
LLP

By: _/s/ Kimberly D. Howatt_____
    KIMBERLY D. HOWATT
    Attorneys for Defendant
    101 EL PASO STREET, LP

2

## ATTESTATION OF SIGNATURE

I, Vivek Jayaram, am the ECF User whose ID and Password were used to electronically file this STIPULATION OF DISMISSAL OF CLAIMS RELATING TO THE SAN DIEGO MARRIOTT MISSION VALLEY HOTEL, INCLUDING DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS DRIFTWOOD HOSPITALITY MANAGEMENT, LLC and DRIFTWOOD ACQUISITIONS AND DEVELOPMENT LP. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing, and have authorized the electronic filing thereof.

*/s/ Vivek Jayaram*
Vivek Jayaram

STIPULATION OF DISMISSAL RE:
SAN DIEGO MARRIOTT MISSION VALLEY