Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREETINGS TOUR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., <br><br> Defendants. | Case No.: 2:21-cv-09336-FLA-PD <br> <u>Hon. Fernando L. Aenlle-Rocha Presiding</u> <br><br> **STIPULATION TO DISMISS DEFENDANT WITH PREJUDICE** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff Greetings Tour, Inc. ("Plaintiff"), on the one hand, and Defendant CW Hotel LP ("Defendant"), on the other hand, hereby stipulate that Plaintiff's claims against Defendant are dismissed in their entirety *with prejudice*. The Parties will each bear their own costs and attorneys' fees as incurred against one another in this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and per that rule does not require an Order.

<u>SO STIPULATED</u>.

Dated: July 2, 2024        By:    */s/ Frank R. Trechsel*
                                  Scott Alan Burroughs, Esq.
                                  Frank R. Trechsel, Esq.
                                  DONIGER / BURROUGHS
                                  *Attorneys for Plaintiff*

Dated: July 2, 2024        By:    */s/ George M. Vinci*
                                  George M. Vinci, Esq.
                                  Peter B Maretz, Esq.
                                  Spector Gadon Rosen Vinci P.C.
                                  *Attorneys for Defendant CW Hotel LP*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Frank R. Trechsel*
Frank R. Trechsel, Esq.