Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREETINGS TOUR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-09336-FMO-PD<br><u>Hon. Fernando M. Olguin Presiding</u><br><br>**OSC RESPONSE: SANCTIONS OR DISMISSAL** |

*TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff Greetings Tour, Inc. ("Plaintiff") respectfully submits this response to the Court's July 2, 2024, Order to Show Cause filed under ECF no. 310 (the "Order"). Plaintiff respectfully requests that the Order be discharged or continued for the following reasons:

1. Plaintiff reached a settlement with and dismissed Marriott International, Inc., Seattle Union Street Associates LLP, and RLJ Lodging Trust on May 23, 2024 (Dkt. 309).
2. Plaintiff settled with Lodging Dynamics Hospitality and filed a notice of settlement on April 1, 2024 (Dkt. 306), and the Court dismissed Lodging Dynamics Hospitality on April 8, 2024 (Dkt. 307).
3. The only remaining Defendant was CW Hotel LP.
4. Plaintiff and CW Hotel LP reached a settlement with an effective date of May 6, 2024.
5. However, through a communication error, CW Hotel LP was not immediately dismissed. Plaintiff's counsel thought a stipulation to dismiss CW Hotel LP had been filed and the case closed. This was an error. Therefore, they did not engage in the court-ordered settlement conference or file a status report regarding settlement. However, the parties had previously completely resolved the case.
6. Upon receipt of the Court's OSC on July 2, 2024, Plaintiff immediately filed a stipulation to dismiss CW Hotel LP (Dkt. 311). This concluded the matter.

The Plaintiff respectfully requests that the Order be discharged, as the Parties resolved the case prior to the court-ordered settlement conference, and operated under the assumption the case was closed. However, due to a filing oversight the dismissal

had not been filed. That error was immediately corrected upon receipt of the Court's OSC.

Respectfully submitted,

Dated: July 8, 2024     By: */s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
DONIGER /BURROUGHS
*Attorneys for Plaintiff*